# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ABBAS QAISAR,

      Petitioner,

    v.

WARDEN,

      Respondent.

Case No. 2:26-cv-00425-KES-SAB-HC

ORDER REGARDING APPOINTMENT OF COUNSEL

ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 19, 2026, the Court appointed the Federal Defender to represent Petitioner. (ECF No. 9.) The Federal Defender has notified the Court that attorney Linette Tobin will take on this matter. However, as Ms. Tobin is not part of the Office of the Federal Defender, the Federal Defender must file a motion to withdraw the Federal Defender and appoint CJA counsel.

The Clerk of Court is directed to serve a copy of this order, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org.

IT IS SO ORDERED.

Dated: __**February 23, 2026**__          _____

                            STANLEY A. BOONE
                            United States Magistrate Judge