IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABBAS QAISAR,                    )    Case № 2:26-cv-00425-KES-SAB-HC
                                 )
          Petitioner,            )    **O R D E R**
                                 )    **WITHDRAWING FEDERAL**
     vs.                         )    **DEFENDER AND APPOINTING *PRO***
                                 )    ***HAC VICE* CJA COUNSEL**
WARDEN,                          )
                                 )    **(ECF No. 12)**
          Respondent.            )
_____  )

Upon the Federal Defender – California Eastern's *Motion to Withdraw as Counsel and Appoint Pro Hac Vice CJA Counsel* and good cause appearing,

IT IS HEREBY ORDERED:

1. Withdrawing the Federal Defender as counsel,

2. Appointing Linette Tobin, 2872 Fir Street, San Diego, CA 92102, (202)489-8351, linette@linettetobin.com, to represent Petitioner ABBAS QAISAR, and

3. Admitting Ms. Tobin as *pro hac vice* CJA counsel, effective as Ms. Tobin accepting appointment, February 19, 2026.

IT IS SO ORDERED.

Dated:    **February 25, 2026**                 _____
                                                STANLEY A. BOONE
                                                United States Magistrate Judge