# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS QAISAR,<br><br>       Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>       Respondent. | Case No. 2:26-cv-00425-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 24, 2026, the parties filed a joint proposed briefing schedule with the amended petition to be filed on or before March 13, 2026, Respondent's reply to be filed on or before March 23, 2026, and Petitioner's traverse (if needed) to be filed on or before March 28, 2026. (ECF No. 13.) On March 11, 2026, Petitioner filed a first amended petition ("FAP"). (ECF No. 15.) To date, no response to the FAP has been filed.

The Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a response to the FAP; and

///

///

2. Within five (5) days of the date of service of Respondent's response, Petitioner MAY FILE a traverse.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge